IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 07-cv-02534-MSK-MJW

ESTHER COCKRELL-WHITE, individually, and as Natural Mother of SAMANTHA SMITH-COCKRELL, and as Special Administrax for the ESTATES OF OCTAVIA COCKRELL and KIMBERLY COCKRELL,

       Plaintiff,

v.

DAIMLERCHRYSLER NORTH AMERICA HOLDING CORPORATION, a Delaware corporation,
CARMAX AUTOSUPERSTORES, INC, A Virginia corporation,
AMERICAN NATIONAL PROPERTY AND CASUALTY HOLDING COMPANY, LLC, a Nevada corporation,
DOES I-X, and
ROE CORPORATIONS I-X, inclusive,

       Defendants.
_____

## ORDER AND NOTICE OF HEARING ON LAW AND MOTION CALENDAR
_____

The following matter is set for hearing on the law and motion calendar of Judge Marcia S. Krieger to be held on **January 10, 2008 at 9:00 a.m.** in the United States District Court for the District of Colorado, Courtroom A901, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado. The matter is set for a non-evidentiary hearing of not more than 15 minutes. Counsel shall *bring their calendars.*

The parties shall be prepared to address the failure of counsel Steven T. Jaffe, Riley A. Clayton and Kevin P. King of Hall Jaffe & Clayton, LLP to comply with the provisions of D.C.COLO.LCivr. 83.3 and D.C.COLO.LRCrR 57.5.

DATED this 31st day of December, 2007.

BY THE COURT:

_Marcia S. Krieger_
Marcia S. Krieger
United States District Judge