IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 07-cv-02534-MSK-MJW

ESTHER COCKRELL-WHITE, individually, and as Natural Mother of SAMANTHA SMITH-COCKRELL, and as Special Administrax for the ESTATES OF OCTAVIA COCKRELL and KIMBERLY COCKRELL,

      Plaintiff,

v.

DAIMLERCHRYSLER NORTH AMERICA HOLDING CORPORATION, a Delaware corporation,
CARMAX AUTOSUPERSTORES, INC, A Virginia corporation,
AMERICAN NATIONAL PROPERTY AND CASUALTY HOLDING COMPANY, LLC, a Nevada corporation,
DOES I-X, and
ROE CORPORATIONS I-X, inclusive,

      Defendants.

## ORDER RE: MOTION FOR SUBSTITUTION OF COUNSEL

THIS MATTER, having come before the Court on Defendant CarMax Auto Superstores, Inc.'s Motion for Substitution of Counsel (Motion) **(#14)**, the Court being fully advised in the premises, and good cause appearing therefor;

**IT IS HEREBY ORDERED** that said Motion is **GRANTED** and Hall Jaffe & Clayton, LLP is permitted to withdraw from the above referenced case, to be replaced by H. Keith Jarvis as counsel for Defendant CarMax Auto Superstores, Inc. It is

**FURTHER ORDERED** that the law and motion hearing set for January 10, 2008, is **VACATED**. It is

**FURTHER ORDERED** that the Proposed Motion for Order for Substitution of Counsel

**(#15)** is **DENIED AS MOOT**.

DATED this 7th day of January, 2008.

**BY THE COURT:**

Marcia S. Krieger
United States District Judge