IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 07-cv-02534-MSK-MJW

ESTHER COCKRELL-WHITE, individually, and as Natural Mother of SAMANTHA SMITH-COCKRELL, and as Special Administrax for the ESTATES OF OCTAVIA COCKRELL and KIMBERLY COCKRELL,

       Plaintiff,

v.

DAIMLERCHRYSLER NORTH AMERICA HOLDING CORPORATION, a Delaware corporation,
CARMAX AUTOSUPERSTORES, INC, A Virginia corporation,
AMERICAN NATIONAL PROPERTY AND CASUALTY HOLDING COMPANY, LLC, a Nevada corporation,
DOES I-X, and
ROE CORPORATIONS I-X, inclusive,

       Defendants.
_____

## ORDER
_____

THIS MATTER comes before the Court on two motions: 1) Unopposed Motion to Withdraw as Attorney **(#16)**; and 2) Unopposed Motion to Vacate Hearing **(#18)**. Having reviewed the motions,

**IT IS ORDERED** that the Unopposed Motion to Withdraw as Attorney is **GRANTED** and Mr. Terance N. Cushing is permitted to withdraw as counsel for Defendant Daimler Chrysler North America Holding Corporation. It is

**FURTHER ORDERED** that the Unopposed Motion to Vacate hearing is **DENIED AS MOOT**. *See Docket Entry #20.*

DATED this 8th day of January, 2008.

BY THE COURT:

_____

Marcia S. Krieger
United States District Judge