IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 07-cv-02534-MSK-MJW

ESTHER COCKRELL-WHITE, et al.,

Plaintiff(s),

v.

DAIMLERCHRYSLER NORTH AMERICA HOLDING CORPORATION, et al.,

Defendant(s).

MINUTE ORDER

Plaintiff has filed a motion captioned Motion Regarding Verified Petition for Compromise of Disputed Claim for Money by a Minor Against a Third Party (docket no. 22). It appears from this motion that Plaintiff, a minor child, through her next friend and natural mother Esther Cockrell-White has entered into a settlement with Defendant American National Property and Casualty Holding Company, LLC only. It also appears from this motion that the minor child resides in North Las Vegas, Nevada. The Plaintiff has filed such motion in the wrong court. Accordingly, the court

ORDERS that Plaintiff shall forthwith open a probate case in the Clark County Probate Court, State of Nevada where the minor child resides and file Plaintiff's Petition to Settlement Personal Injury Case in such court. Plaintiff shall file with this court, proof of filing of such petition on or before February 29, 2008. Plaintiff shall be prepared to inform this court the status of the probate case at the Rule 16 Scheduling Conference on April 2, 2008, at 9:30 a.m. Plaintiff shall further serve a copy of this minute order upon all of parties in this lawsuit and file proof of service with this court on or before February 29, 2008.

It is FURTHER ORDERED that Plaintiff's Motion Regarding Verified Petition for Compromise of Disputed Claim for Money by a Minor Against a Third Party (docket no. 22) is DENIED.

Date: February 13, 2008